IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THE ESTATE OF CYRSTALLINE BARNES  PLAINTIFFS
ET AL.

V.                                      CIVIL ACTION NO.: 3:18-cv-644-CWR-LRA

OFFICER RAKASHA ADAMS  DEFENDANTS
ET AL.

## ORDER

THIS CAUSE came before the Court on Defendant City of Jackson's Emergency Motion to Quash "Notice to Take Deposition of Jackson, Mississippi Mayor, Chokwe Antar Lumumba, Esq." and For Protective Order [104] and Defendant City of Jackson's Second Motion to Quash "Notice to Take Deposition of Jackson, Mississippi Mayor, Chokwe Antar Lumumba, Esq." [107], wherein the City of Jackson sought to seek to quash the Notice to Take Deposition of Jackson, Mississippi Mayor, Chokwe Antar Lumumba, Esq. Having reviewed briefs submitted by the parties, heard oral arguments during the October 16, 2019, telephonic hearing conducted and considered the relief requested, the Court finds that the motion is and shall be denied subject to the limitations set forth hereafter.

IT IS THEREFORE ORDERED:

1. That City of Jackson's Emergency Motion to Quash "Notice to Take Deposition of Jackson, Mississippi Mayor, Chokwe Antar Lumumba, Esq." and For Protective Order [104] is **DENIED;**

2. That City of Jackson's second Motion to Quash "Notice to Take Deposition of Jackson, Mississippi Mayor, Chokwe Antar Lumumba, Esq." [107] is **DENIED;**

3. That Defendant City of Jackson shall produce Mayor, Chokwe Antar Lumumba, Esq. for deposition at a date a time to be determined by the parties;

4. That Plaintiff's may depose Mayor, Chokwe Antar Lumumba, Esq. for no longer than one and one half hours (90 mins) regarding three (3) statements he made which are outlined in in paragraphs 2 and 3 on pages 2-3 of Plaintiff's Opposition to City of Jackson's Emergency Motion to Quash "Notice to Take Deposition of Jackson, Mississippi Mayor, Chokwe Antar Lumumba, Esq." and For Protective Order [106].

5. That should Defendant City of Jackson ask questions of Mayor, Chokwe Antar Lumumba, Esq. during the deposition which prompt further questioning by Plaintiff, Plaintiff shall be permitted to exceed the designated time limit to ask any and all reasonably-necessarily follow up questions.

SO ORDERED, this the 21st day of October 2020.

/s/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE