IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**
Dec 16 2019

ARTHUR JOHNSTON, CLERK
By: _____, Deputy Clerk

| | |
|---|---|
| THE ESTATE OF CRYSTALLINE BARNES, ET AL | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: 3:18CV644CWR-LRA |
| OFFICER RAKASHA ADAMS, ET AL | DEFENDANTS |

## ORDER

THIS CAUSE came before the Court on Plaintiffs' "Motion to Compel Defendant City of Jackson's Discovery Responses" [116] and Defendant City of Jackson's "Response in Opposition to Plaintiffs' Motion to Compel Defendant City of Jackson's Discovery Responses" [119], wherein Plaintiffs' sought to obtain overdue discovery from Defendant City of Jackson. Having reviewed briefs submitted by the parties, heard oral arguments and considered the relief requested, the Court

HEREBY ORDERS:

1. That Defendant City of Jackson shall produce to the Court the recorded statements in cases 470-12, 232-13 and 239-16 on or before Wednesday, December 18, 2019;

2. That Plaintiffs shall produce to the Court a summary of the relevance of the recorded statements in cases 470-12, 232-13 and 239-16 on or before Wednesday December 18, 2019; and

3. That, upon receipt of the aforementioned, the Court shall conduct an in camera review of the recorded statements in cases 470-12, 232-13 and 239-16.

SO ORDERED this 16TH day of December, 2019.

s/Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE