IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**THE ESTATE OF CRYSTALLINE BARNES**            **PLAINTIFFS**
**ET AL.**

**V.**            **CIVIL ACTION NO.: 18-644**

**OFFICER RAKASHA ADAMS**            **DEFENDANTS**
**ET AL.**

## NOTICE OF SERVICE OF RECORDED STATEMENTS TO BE REVIEWED IN CAMERA

**NOTICE** is hereby given that Defendant City of Jackson, Mississippi, delivered on December 18, 2019, via hand-delivery, one Compact Disk and one USB Drive containing the subject recorded statements to the Court to be reviewed in camera in response to the Court's Order.

The undersigned retains the originals of the above documents as custodian thereof.

Respectfully submitted this the 19th day of December, 2019.

           CITY OF JACKSON, MISSISSIPPI

           By: /s/ LaShundra Jackson-Winters
           LaShundra Jackson-Winters, MSB # 101143
           Deputy City Attorney

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile
*Attorneys for the Defendant*

## **CERTIFICATE OF SERVICE**

I, LaShundra Jackson-Winters, one of the attorneys for the City of Jackson Defendants, do hereby certify that I have this day delivered a true and correct copy of the above and foregoing document, via electronic mail and/or U.S. mail to all counsel of record.

So certified, this the 19th  day of December, 2019.

By: /s/ LaShundra Jackson-Winters
LaShundra Jackson-Winters
