**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**THE ESTATE OF CRYSTALLINE BARNES, ET AL**                          **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:18-cv-644-CWR-LRA**

**OFFICER RAKASHAL ADAMS, ET AL**                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed *in camera* the recorded statements submitted by the City of Jackson as delivered on December 18, 2019 [136].   After having reviewed same, the Court finds that the statements are not protected by privilege and should be provided to Plaintiff as responsive to discovery requests.   The case of *Garrity v. New Jersey*, 385 U.S. 493, 497 (1967) does not preclude the discovery of these materials in this civil case.

IT IS THEREFORE ORDERED that the materials described at [136] shall be produced to Plaintiff's counsel on or before February 6, 2020, subject to a protective order prepared and agreed to by all counsel and submitted for entry by the Court.

SO ORDERED this the 22nd day of January 2020.


<u>S/ Linda R. Anderson</u>_____
UNITED STATES MAGISTRATE JUDGE