# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**THE ESTATE OF CRYSTALLINE BARNES, et al.**          **PLAINTIFFS**

**VS.**                                                **CIVIL ACTION NO.: 18-644**

**OFFICER RAKASHA ADAMS; OFFICER**
**ALBERT TAYLOR; OFFICER ERIC MORRIS;**
**THE CITY OF JACKSON, MISSISSIPPI**                  **DEFENDANTS**

_____
## AGREED PROTECTIVE ORDER
_____

Having reviewed *in camera* the recorded statements submitted by the City of Jackson as delivered on December 18, 2019 [136], pursuant to its January 22, 2020 Order and in accordance with Rule 26(c) of the Federal Rules of Civil Procedure, the Court hereby finds as follows:

IT IS THEREFORE ORDERED, that the materials and the content thereof, being produced in response to the Court's January 22, 2020 Order, shall not be disseminated outside of this litigation.

IT IS FURTHER ORDERED, that the materials and the content thereof, being produced in response to the Court's January 22, 2020 Order, shall only be used for the purpose of this litigation.

SO ORDERED, this the 29th day of January 2020.

/s/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE

Prepared by:

/s/ *LaShundra Jackson-Winters*
LaShundra Jackson-Winters, MSB # 101143
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
P.O. Box 2779
Jackson, MS 39207-2779

Agreed to:


/s/ Tiffani S. Collins
Tiffani S. Collins, Esq.
DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, Maryland 21201

/s/ Michael V. Cory, Jr.
Michael V. Cory, Jr.
DANKS MILLER & CORY
 213 S. Lamar Street
P.O. Box 1759
Jackson, MS 39215-1759

/s/ Francis S. Springer
Francis S. Springer
SPRINGER LAW OFFICE, PLLC
213 S. Lamar Street
Jackson, MS 39201