IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

K.B., *Minor Child, c/o Lenda Burns, Legal Guardian*; **J.H.**, *Minor Child, c/o Lenda Burns, Legal Guardian*; **& ESTATE OF CRYSTALLINE BARNES,** *c/o Lenda Barnes, Personal Representative*      PLAINTIFFS

*v.*      CAUSE NO. 3:18-CV-644-CWR-LGI

**OFFICER RAKASHA ADAMS,** *in her official capacity as a police officer for the Jackson Police Department, and in her personal capacity*; **OFFICER ALBERT TAYLOR,** *in his official capacity as a police officer for the Jackson Police Department, and in his personal capacity*; **& CITY OF JACKSON**      DEFENDANTS

## JURY VERDICT

The jury is directed to answer the following questions in accordance with the Court's instructions. The answer to each question must be your unanimous decision.

1. Do you find, by a preponderance of the evidence, that the plaintiffs have proven their excessive force claim against Officer Rakasha Adams?

    Yes ✓      No _____

2. If so, do you find that Officer Adams is entitled to qualified immunity?

    Yes ✓      No _____

3. Do you find, by a preponderance of the evidence, that the plaintiffs have proven their excessive force claim against Officer Albert Taylor?

    Yes ✓      No _____

4. If so, do you find that Officer Taylor is entitled to qualified immunity?

    Yes ✓      No _____

5. Do you find, by a preponderance of the evidence, that the plaintiffs have proven their municipal liability claim against the City of Jackson?

   Yes _____   No ___✓___

**Answer questions 6 only if you have found any defendant liable and not entitled to qualified immunity.**

6. Please itemize the damages that will compensate the plaintiffs for their injuries, if any you find:

   a. The amount of economic damages Crystalline Barnes and her estate suffered:

      $ _____

   b. The amount of non-economic damages Crystalline Barnes and her estate suffered:

      $ _____

   c. J.H.'s loss of love, affection, society, and companionship as a result of Crystalline Barnes' death:

      $ _____

   d. K.B.'s loss of love, affection, society, and companionship as a result of Crystalline Barnes' death:

      $ _____

DATE: 10/12/2022        FOREPERSON:

16