**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**K.B., ET AL.**                                                                     **PLAINTIFFS**

**V.**                                                           **CAUSE NO. 3:18-CV-644-CWR-LGI**

**OFFICER RAKASHA ADAMS, ET AL.**                                     **DEFENDANTS**

**JUDGMENT ON JURY VERDICT**

From October 4 through 12, 2022, this cause was tried on the complaint of plaintiffs K.B., J.H., and the Estate of Crystalline Barnes, all care of Lenda Burns, against defendants Rakasha Adams, Albert Taylor, and the City of Jackson, Mississippi. With all present in open court and having announced ready, the parties presented evidence before a Jury of nine good and lawful citizens before finally resting. This matter was thereafter submitted to the Jury upon instructions by the Court and arguments of counsel. The Jury retired, deliberated, and returned into open court a verdict in favor of the defendants.

Having received the unanimous verdict of the Jury, the Court finds that Judgment should now be entered. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment be entered in favor of the defendants. This case is dismissed with prejudice and finally closed on the docket.

**SO ORDERED**, this the 24th day of October, 2022.

                                                                   s/ Carlton W. Reeves
                                                                   UNITED STATES DISTRICT JUDGE